IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MICHAEL DAVID OGDEN, as Special Administrator of the Estate of CHARLES BENSON OGDEN, | ) ) ) ) | CV 06-00113 JMS LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| COUNT OF MAUI, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 1, 2008 and served on all parties on February 4, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 21, 2008.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge